WILSON TURNER KOSMO LLP
FREDERICK W. KOSMO, JR. (138036)
CHRISTIAN S. SCOTT (200218)
550 West C Street, Suite 1050
San Diego, California 92101
Telephone: (619) 236-9600
Facsimile: (619) 236-9669
E-mail: fkosmo@wilsonturnerkosmo.com
E-mail: cscott@wilsonturnerkosmo.com

Attorneys for Defendant
MICROSOFT LICENSING, GP

FILED
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
2010 JAN 19 AM 10: 53
BY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| EQUITABLE TRANSITIONS, INC., as Assignee for the Benefit of Creditors of Brash Entertainment Holdings, LLC, fka, Brash Entertainment, LLC, a California limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>MICROSOFT LICENSING, GP, and DOES 1-10, inclusive,<br><br>Defendants. | Case No. **CV10 0353 RSWL (CTx)**<br><br>**NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441(a) (DIVERSITY)**<br><br>Complaint Filed: November 13, 2009<br><br>Removal Filed: January 19, 2010 |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

PLEASE TAKE NOTICE that, pursuant to 28 U.S.C. § 1441(a), Defendant MICROSOFT LICENSING, GP hereby removes this action from the Superior Court of the State of California, County of Los Angeles, to the United States District Court for the Central District of California, and sets forth in support of its Notice of Removal of Action the following:

1.    On November 13, 2009, an action was commenced in the Superior Court of the State of California, County of Los Angeles, entitled *Equitable Transitions, Inc.*

1  *v. Microsoft Licensing, GP and Does 1-10,* Case No. BC425977 by the filing of a
2  Complaint, a true and correct copy of which is attached hereto as Exhibit A.

3       2.     Service of the Summons and Complaint was effected on Microsoft
4  Licensing, GP through personal service, executed on December 21, 2009, a true and
5  correct copy of which is attached hereto as Exhibit B.

6       3.     Microsoft Licensing, GP is informed and believes that Plaintiff Equitable
7  Transitions, Inc., as Assignee for the Benefit of Creditors of Brash Entertainment
8  Holdings, LLC, fka, Brash Entertainment, LLC ("ETI") was, at the commencement of
9  this action in state court, and still is, a citizen of the State of California.

10       4.     Microsoft Licensing, GP is informed and believes that Brash
11  Entertainment Holdings, LLC fka Brash Entertainment, LLC ("Brash") was, at the
12  commencement of this action in state court, and still is, a citizen of the State of
13  Delaware with its primary place of business in Los Angeles, California.

14       5.     The Complaint alleges the following two causes of action against
15  Defendant: (1) Recovery of Preferential Transfers Pursuant to California Code of
16  Civil Procedure § 1800; and (2) Recovery of Constructive Fraudulent Transfers
17  Pursuant to California Civil Code § 3439 et seq.

18       6.     Microsoft Licensing, GP was, at the commencement of this action in state
19  court, and is, a general partnership duly organized and existing under the laws of the
20  State of Nevada with its principal place of business in Reno, Nevada. Microsoft
21  Licensing, GP was not, and is not, a citizen of the State of California. Therefore,
22  Defendant Microsoft Licensing, GP is not a California citizen or resident for diversity
23  purposes. Microsoft Licensing, GP has two partners: Microsoft Management LLC
24  and Microsoft Corporation.

25       7.     Microsoft Management LLC was, at the commencement of this action in
26  state court, and is, a limited liability company duly organized and existing under the
27  laws of the State of Nevada with its principal place of business in Reno, Nevada.
28  Microsoft Management LLC was not, and is not, a citizen of the State of California.

NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441(a) (DIVERSITY)

1  Therefore, Microsoft Management LLC is not a California citizen or resident for
2  diversity purposes.  Microsoft Management LLC's sole member is Microsoft
3  Corporation.

4      8.      Microsoft Corporation was, at the commencement of this action in state
5  court, and is, a corporation duly organized and existing under the laws of the State of
6  Washington with its principal place of business in Redmond, Washington.  Microsoft
7  Corporation was not, and is not, a citizen of the State of California.  Therefore,
8  Microsoft Corporation is not a California citizen or resident for diversity purposes.

9      9.      The Complaint names Defendants Does 1 through 10.  Pursuant to 28
10 U.S.C. § 1441(a), the citizenship of these defendants is disregarded.  As a result,
11 complete diversity exists between the parties.

12     10.     This is a civil action over which this Court has original jurisdiction under
13 the provisions of 28 U.S.C. § 1332, and may be removed to this Court by the
14 Defendant Microsoft Licensing, GP pursuant to the provisions of 28 U.S.C. § 1441(a)
15 because it is a civil action between citizens of different states and the matter in
16 controversy herein exceeds the sum or value of Seventy-Five Thousand Dollars
17 ($75,000.00), exclusive of interest and costs.

18     11.     Defendant is informed and believes from the face of the Complaint that
19 the amount in controversy in this action exceeds $75,000, exclusive of interest and
20 costs.  Plaintiff ETI alleges that it is an assignee for the benefit of creditors of Brash in
21 that "Preferential Transfers from Brash's account to Defendant enabled Defendant to
22 receive more than another creditor of the same class."  (Exhibit A at ¶¶ 1, 13.)
23 Plaintiff ETI has also alleged that "in the four years preceding the Assignment, Brash
24 transferred to Defendant" Fraudulent Transfers pursuant to California Code of Civil
25 Procedure § 3439 et seq.  (Exhibit A at ¶¶ 16, 20.)

26     12.     This Notice of Removal is being filed within thirty (30) days after service
27 of Plaintiff's Summons and Complaint in this action was effected upon Defendant
28 and, therefore, is timely filed under 28 U.S.C. § 1446(b).

NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441(a) (DIVERSITY)

13. This Notice of Removal is being filed within one (1) year of the commencement of this action and therefore is timely filed under 28 U.S.C. § 1446(b).

14. Removal to this Court is proper as the Superior Court of the State of California, County of Los Angeles where this action was originally filed, is located within this district.

15. True and correct copies of all other pleadings and orders on file in the state court in this action are attached as Exhibit C. To the best of Microsoft Licensing, GP's knowledge, Exhibits A through C constitute all of the process, pleadings and orders served upon Defendant at the time of this removal.

16. Counsel for Defendant certifies that it will file a copy of this Notice of Removal with the Clerk of the Superior Court of the State of California, County of Los Angeles, and give notice of same to counsel for Plaintiff.

Dated: January 19, 2010

**WILSON TURNER KOSMO LLP**

By: 

Frederick W. Kosmo, Jr.
Christian S. Scott
E-mail: fkosmo@wilsonturnerkosmo.com
E-mail: cscott@wilsonturnerkosmo.com
Attorneys for Defendant
MICROSOFT LICENSING, GP

NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441(a) (DIVERSITY)

**SUMMONS** **ORIGINAL**
*(CITACION JUDICIAL)*

**SUM-100**

**NOTICE TO DEFENDANT:** Microsoft Licensing, GP, and
*(AVISO AL DEMANDADO):* DOES 1-10 inclusive

FOR COURT USE ONLY
*(SOLO PARA USO DE LA CORTE)*

**FILED**
LOS ANGELES SUPERIOR COU...

NOV 13 2009

JOHN A. CLARKE, CLERK

BY MARY GARCIA, DEPUTY

**YOU ARE BEING SUED BY PLAINTIFF:** Equitable Transitions,
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):* Inc., as Assignee
for the Benefit of Creditors of Brash Entertainment
Holdings, LLC, fka, Brash Entertainment, LLC

**NOTICE!** You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association. **NOTE:** The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

| | |
|---|---|
| The name and address of the court is:<br>*(El nombre y dirección de la corte es):*<br>Los Angeles Superior Court<br>111 N. Hill Street<br><br>Los Angeles, CA 90012 | CASE NUMBER:<br>*(Número del Caso):*<br><br>BC425977 |

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
Louis H. Altman                                                              (562) 435-3456
HABERBUSH & ASSOCIATES, LLP
444 West Ocean Boulevard
Long Beach, CA 90802

DATE:                                                                    JOHN A. CLARKE, CLERK                              , Deputy
*(Fecha)*                                                                    *(Secretario)*                                            M. GARCIA     *(Adjunto)*

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citatión use el formulario Proof of Service of Summons, (POS-010).)*

**NOTICE TO THE PERSON SERVED:** You are served

1. ☐ as an individual defendant.

2. ☐ as the person sued under the fictitious name of *(specify):*

3. ☐ on behalf of *(specify):*

   under: ☐ CCP 416.10 (corporation)               ☐ CCP 416.60 (minor)
          ☐ CCP 416.20 (defunct corporation)        ☐ CCP 416.70 (conservatee)
          ☐ CCP 416.40 (association or partnership)  ☐ CCP 416.90 (authorized person)
          ☐ other *(specify):*

4. ☐ by personal delivery on *(date):*

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. July 1, 2009]
**SUMMONS**
Legal Solutions Plus
Code of Civil Procedure §§ 412.20, 465

Ex. A - 5

HABERBUSH & ASSOCIATES, LLP
LOUIS H. ALTMAN, ESQ., SBN 161070
LAltman@LBinsolvency.com
ROBERT BRAYER, ESQ., SBN 222092
444 West Ocean Boulevard, Suite 1400
Long Beach, CA 90802
Telephone: (562) 435-3456
Facsimile: (562) 435-6335

Attorneys for Equitable Transitions, Inc., as
Assignee for the Benefit of Creditors of Brash
Entertainment Holdings, LLC, fka, Brash
Entertainment, LLC

**FILED**
LOS ANGELES SUPERIOR COURT

NOV 13 2009

JOHN A. CLARKE, CLERK

BY MARY GARCIA, DEPUTY

## SUPERIOR COURT OF THE STATE OF CALIFORNIA

## FOR THE COUNTY OF LOS ANGELES

| | |
|---|---|
| EQUITABLE TRANSITIONS, INC., as Assignee for the Benefit of Creditors of Brash Entertainment Holdings, LLC, fka, Brash Entertainment, LLC, a California limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>MICROSOFT LICENSING, GP, and DOES 1-10, inclusive,<br><br>Defendants. | Case No. BC 425977<br><br>**Assigned to**<br><br>**COMPLAINT TO AVOID AND TO RECOVER (1) PREFERENTIAL TRANSFERS OF PROPERTY PURSUANT TO CALIFORNIA CODE OF CIVIL PROCEDURE § 1800 AND (2) CONSTRUCTIVE FRAUDULENT TRANSFERS PURSUANT TO CALIFORNIA CIVIL CODE § 3439**<br><br>[Amount Demanded Exceeds $25,000.00]: |

Plaintiff Equitable Transitions, Inc., as Assignee for the Benefit of Creditors of Brash Entertainment Holdings, LLC, fka, Brash Entertainment, LLC, alleges as follows:

### PARTIES

1.     Equitable Transitions, Inc. ("ETI") is a California corporation qualified to do business in the state of California, with it primary place of business in Long Beach, California.

2.     Brash Entertainment Holdings, LLC, fka, Brash Entertainment, LLC ("Brash") was, at all relevant periods, a Delaware limited liability company qualified to do business in the state of California, with its primary place of business in Los Angeles, California.

**COMPLAINT**

F:\E:T\Client\Engagements\Active by Name\Assa\Brash Entertainment -1071\Pleadings\COMPLAINT - Microsoft Licensing.wpd          THIS DOCUMENT PREPARED ON RECYCLED PAPER

Ex. A - 6

3.      On November 14, 2008, Brash, as assignor, executed a general assignment for the benefit of creditors in favor of ETI, as assignee, pursuant to California Code of Civil Procedure Section 493.010, et seq. (the "Assignment").  Pursuant to the Assignment, Brash conveyed to Plaintiff all of Brash's property and every right, claim, and interest of Brash.  ETI is the Plaintiff in this action.

4.      On information and belief, Plaintiff alleges that Microsoft Licensing, GP ("Defendant") is authorized to transact business in California.

5.      The true names and capacities, whether individual, corporate, associate or otherwise of defendants Does 1 through 10, inclusive, are unknown to Plaintiff, who therefore sues said defendants by such fictitious names. Plaintiff is informed and believes that each of the defendants designated herein as a fictitiously named defendant is in some manner responsible for the events and happenings referred to and caused the damaged herein alleged. When Plaintiff has ascertained the true names and capacities of Does 1 through 10, inclusive, it will seek leave of this Court to amend its complaint by setting forth the same.  Does 1 through 10 are hereinafter collectively referred to as "Doe Defendants."

6.      Plaintiff is informed and believes that Defendant, and each of the Doe Defendants, was the agent, principal, partner, parent, subsidiary, joint venturer or employee of each of the remaining defendants and in doing the things herein alleged, each was acting within the course and scope of such relationships with advance knowledge, acquiescence or subsequent ratification of each and every remaining defendant, and each of the Doe Defendants is therefore jointly and severally liable for the acts alleged herein.

## FIRST CAUSE OF ACTION

### (Recovery of Preferential Transfers Pursuant to
### California Code of Civil Procedure § 1800 Against All Defendants)

7.      Plaintiff realleges and incorporates by reference each and every allegation contained in paragraphs 1 through 6 above.

HABERBUSH & ASSOCIATES, LLP
ATTORNEYS AT LAW
444 WEST OCEAN BOULEVARD, SUITE 1400
LONG BEACH, CA 90802

HABERBUSH & ASSOCIATES, LLP
ATTORNEYS AT LAW
444 WEST OCEAN BOULEVARD, SUITE 1400
LONG BEACH, CA 90802

8.     On or within 90 days before the date of the Assignment, that is between August 16, 2008 and November 14, 2008, Brash made one or more transfers by check, wire transfer, or the equivalent in an approximate amount of $76,345.37 (collectively, the "Preferential Transfers") directly to, or for the benefit of Defendant.

9.     Defendant was a creditor of Brash at the time of the Preferential Transfers.

10.    The Preferential Transfers were to, or for the benefit of, Defendant, and for or on account of antecedent debt owing by Brash to Defendant.

11.    The Preferential Transfers from Brash to Defendant were effected while Brash was insolvent, as that term is defined by California Code of Civil Procedure § 1800(a)(1).

12.    The Preferential Transfers from Brash to Defendant were effected within ninety (90) days of the Assignment.

13.    The Preferential Transfers from Brash's account to Defendant enabled Defendant to receive more than another creditor of the same class.

14.    ETI is, therefore, entitled to recover the Preferential Transfers pursuant to California Code of Civil Procedure § 1800(b).

## SECOND CAUSE OF ACTION

### (Recovery of Constructive Fraudulent Transfers Pursuant to
### California Civil Code § 3439 et seq. Against All Defendants)

15.    Plaintiff realleges and incorporates by reference each and every allegation contained in paragraphs 1 through 14 above.

16.    In the four years preceding the Assignment, Brash transferred to Defendant the sum of no less than $2,880,000 (collectively, the "Fraudulent Transfers").

17.    Each of the Fraudulent Transfers is a transfer as that term is defined in California Civil Code §§ 3439.01(i) and 3439.04.

18.    Brash received less than reasonably equivalent value in exchange for the Fraudulent Transfers.

---

**COMPLAINT**

F:\ETC\ client\Engagements\Active by Name\Active\Brash Entertainment -107\Pleadings\COMPLAINT - Microsoft License2.wpd          THIS DOCUMENT PREPARED ON RECYCLED PAPER

Ex. A - 8

19. Each of the Fraudulent Transfers was made on a date when Brash: (1) was engaged or was about to engage in a business or transaction for which the remaining assets of Brash were unreasonably small in relation to the business or transaction, (2) intended to incur or believed or reasonably should have believed that he or she would incur, debts beyond his or her ability to pay as they became due, or (3) was insolvent at the time or became insolvent as a result of the transactions.

20. ETI is, therefore, entitled to recover the Fraudulent Transfers pursuant to California Code of Civil Procedure § 3439 et seq.

## RELIEF REQUESTED

1. Avoiding and setting aside the Preferential Transfers and Fraudulent Transfers from Brash to Defendant.

2. Awarding to ETI the amounts represented by such Preferential Transfers and Fraudulent Transfers, together with prejudgement interest thereon at the legal rate allowed from the date of such Preferential Transfers and Fraudulent Transfers.

3. Awarding the costs incurred by ETI in this suit; and

4. Awarding such other and further relief as this Court may deem necessary and proper

Respectfully submitted,

HABERBUSH & ASSOCIATES, LLP

Dated: November 13, 2009

By: _____

LOUIS H. ALTMAN, ESQ., Attorneys for
Equitable Transitions, Inc., as Assignee for the
Benefit of Creditors of Brash Entertainment
Holdings, LLC, fka, Brash Entertainment, LLC

HABERBUSH & ASSOCIATES, LLP
ATTORNEYS AT LAW
444 WEST OCEAN BOULEVARD, SUITE 1400
LONG BEACH, CA 90802

**COMPLAINT**

 **ORIGINAL**

POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY<br>LOUIS H. ALTMAN          SBN 161070<br>HABERBUSH & ASSOCIATES, LLP<br>444 W. OCEAN BLVD.<br>SUITE 1400<br>LONG BEACH CA 90802<br>562-435-3456 | FILED<br>LOS ANGELES SUPERIOR COURT<br><br>DEC 3 1 2009<br><br>JOHN A. CLARKE, CLERK<br>BY PAUL SÁNCHEZ, DEPUTY |
|---|---|
| ATTORNEY FOR:  PLANTIFF<br>LOS ANGELES SUPERIOR CRT, LOS ANGELES<br>CENTRAL DISTRICT-STANLEY MOSK<br>111 N. HILL STREET<br>LOS ANGELES, CA. 90012 | |

| PLAINTIFF/PETITIONER:  EQUITABLE TRANSITIONS<br>DEFENDANT/RESPONDENT:  MICROSOFT LENDING | CASE NUMBER:<br>BC425977 |
|---|---|
| **PROOF OF SERVICE OF SUMMONS** | REF NO. OR FILE NO.:<br>959733/ET |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the:

      SUMMONS AND COMPLAINT
      NOTICE OF CASE ASSIGNMENT
      ALTERNATIVE DISPUTE RESOLUTION
      INFORMATION PACKAGE
      CIVIL CASE COVER SHEET
      CIVIL CASE COVER SHEET ADDENDUM
      AND STATEMENT OF LOCATION

3. a. Party served:

      MICROSOFT LICENSING, GP

  b. Person served:

      MARISSA JUDKINS

    Title:

      MAILROOM CLERK (AUTHORIZED TO ACCEPT)

4. Address where party was served:

      6100 NEIL ROAD
      SUITE 100
      RENO NV 89511

5. I served the party

  a. BY PERSONAL SERVICE. I personally delivered the documents listed in item 2 to the party or person authorized to receive service

Form Adopted for Mandatory Use
Judicial Council of California POS-010
(Rev. January, 2007)

**PROOF OF SERVICE OF SUMMONS**

Code of Civil Procedure,  417.10
Invoice No.:  456682

Ex. B - 10

of process for the party
(1) ON: 12/21/09  (2) AT: 03:00 PM

6  The "Notice to the Person Served" was completed as follows:
on behalf of : MICROSOFT LICENSING, GP

      under CCP 415.95 (Business entity, form unknown)

7.   **Person who served papers**
     a.  Name:               JAMES DODD
     b.  Address:             P.O. 91985 LONG BEACH, CA 90809
     c.  Telephone Number:    562/595-1337
     d.  The fee for service was:    150.00
     e.  I am:
         (3)  registered California process server:
             (i)   Employee or independent contractor.
             (ii)  Registration No.:       322   Expires:
             (iii)  County:        STATE OF NV.

8.  **I declare**     under penalty of perjury under the laws of the State of California that the
    foregoing is true and correct.

12/22/09

**JAMES DODD**

SIGNAL ATTORNEY SERVICE, INC., LOS ANGELES CO. REG# 4943, EXPIRES

> _James Dodd_

Form Adopted for Mandatory Use              **PROOF OF SERVICE OF SUMMONS**         Code of Civil Procedure, 417.10
Judicial Council of California POS-010                                     Invoice No.:   456682
(Rev. January, 2007)

Ex. B - 11

# CALIFORNIA ALL-PURPOSE
# CERTIFICATE OF ACKNOWLEDGMENT

State of _Nevada_

County of _Washoe_

On _12/22/09_ before me, _Johnno Lazetich_,
(Here insert name and title of the officer)

personally appeared _Scott Dodd_,

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

> JOHNNO LAZETICH
> Notary Public - State of Nevada
> Appointment Recorded in Washoe County
> No: 04-89542-2 - Expires January 28, 2012

_____
Signature of Notary Public                                   (Notary Seal)

## ADDITIONAL OPTIONAL INFORMATION

### DESCRIPTION OF THE ATTACHED DOCUMENT

_____
(Title or description of attached document)

_____
(Title or description of attached document continued)

Number of Pages _____ Document Date_____

_____
(Additional information)

### CAPACITY CLAIMED BY THE SIGNER

- ☐ Individual (s)
- ☐ Corporate Officer
  _____
  (Title)
- ☐ Partner(s)
- ☐ Attorney-in-Fact
- ☐ Trustee(s)
- ☐ Other _____

### INSTRUCTIONS FOR COMPLETING THIS FORM

*Any acknowledgment completed in California must contain verbiage exactly as appears above in the notary section or a separate acknowledgment form must be properly completed and attached to that document. The only exception is if a document is to be recorded outside of California. In such instances, any alternative acknowledgment verbiage as may be printed on such a document so long as the verbiage does not require the notary to do something that is illegal for a notary in California (i.e. certifying the authorized capacity of the signer). Please check the document carefully for proper notarial wording and attach this form if required.*

- State and County information must be the State and County where the document signer(s) personally appeared before the notary public for acknowledgment.
- Date of notarization must be the date that the signer(s) personally appeared which must also be the same date the acknowledgment is completed.
- The notary public must print his or her name as it appears within his or her commission followed by a comma and then your title (notary public).
- Print the name(s) of document signer(s) who personally appear at the time of notarization.
- Indicate the correct singular or plural forms by crossing off incorrect forms (i.e. he/she/they, is /are ) or circling the correct forms. Failure to correctly indicate this information may lead to rejection of document recording.
- The notary seal impression must be clear and photographically reproducible. Impression must not cover text or lines. If seal impression smudges, re-seal if a sufficient area permits, otherwise complete a different acknowledgment form.
- Signature of the notary public must match the signature on file with the office of the county clerk.
  - ❖ Additional information is not required but could help to ensure this acknowledgment is not misused or attached to a different document.
  - ❖ Indicate title or type of attached document, number of pages and date.
  - ❖ Indicate the capacity claimed by the signer. If the claimed capacity is a corporate officer, indicate the title (i.e. CEO, CFO, Secretary).
- Securely attach this document to the signed document

Ex. B - 12

CONFORMED COPY
OF ORIGINAL FILED
Los Angeles Superior Court

JAN 15 2010

John A. Clarke, Executive Officer/Clerk
By _____, Deputy
A. LaFLEUR-CLAYTON

1  WILSON TURNER KOSMO LLP
   FREDERICK W. KOSMO, JR. (138036)
2  CHRISTIAN S. SCOTT (200218)
   550 West C Street, Suite 1050
3  San Diego, California 92101
   Telephone: (619) 236-9600
4  Facsimile: (619) 236-9669

5  Attorneys for Defendant
   MICROSOFT LICENSING, GP

6

7

8              SUPERIOR COURT OF THE STATE OF CALIFORNIA

9                        COUNTY OF LOS ANGELES

10

11 | EQUITABLE TRANSITIONS, INC., as        | Case No.  BC425977
   | Assignee for the Benefit of Creditors of Brash
12 | Entertainment Holdings, LLC, fka, Brash | DEFENDANT MICROSOFT
   | Entertainment, LLC, a California limited liability | LICENSING, GP'S ANSWER TO
13 | company,                                | PLAINTIFF'S UNVERIFIED
   |                                         | COMPLAINT
14 |        Plaintiff,
   |                                         | Complaint Filed:  November 13, 2009
15 |    v.
16 | MICROSOFT LICENSING, GP, and DOES 1-    | Judge:       Hon. Malcolm Mackey
   | 10, inclusive,                          | Dept:        55
17 |                                         | Trial Date:  Not Set
   |        Defendants.
18

19                                          VIA FAX

20      Defendant, MICROSOFT LICENSING, GP ("Defendant"), answers the unverified

21 Complaint on file herein as follows:

22      Defendant answers the unverified Complaint on file herein pursuant to California Code of

23 Civil Procedure section 431.30 by denying, generally and specifically, each, and every and all of the

24 allegations contained in the Complaint and each and every part thereof, including each and every

25 cause of action purportedly contained therein, and denies that Plaintiff has or will sustain damage in

26 the sum or sums referred to therein, or in any other sum or sums, or at all.

27      Defendant further answers the unverified Complaint on file herein and each and every

28 purported cause of action contained therein by denying that Plaintiff has sustained, or will sustain,

                                    1
   DEFENDANT MICROSOFT LICENSING, GP'S ANSWER TO PLAINTIFF'S UNVERIFIED COMPLAINT

1  any damage in any sum at all by reason of the carelessness, negligence or other fault, act or omission

2  on the part of this answering Defendant, its agents, servants or employees.

## AFFIRMATIVE DEFENSES TO THE COMPLAINT
## AND EACH ALLEGED CAUSE OF ACTION THEREOF

### FIRST AFFIRMATIVE DEFENSE

Defendant alleges that the subject transfers, if made, were not made with the actual intent to hinder, delay or defraud any entity to which the Debtor was or became indebted to on or after the date that the alleged transfers were made.

### SECOND AFFIRMATIVE DEFENSE

Defendant alleges that as a result of the subject transfers, if made, Debtor did not receive less than reasonably equivalent value in exchange for such transfers.

### THIRD AFFIRMATIVE DEFENSE

Defendant contends that at the time the subject transfers were made, if made, Debtor was not insolvent or did not become insolvent as a result of said transfers.

### FOURTH AFFIRMATIVE DEFENSE

Defendant alleges that at the time the subject transfers were made, if made, Debtor was not engaged in business or a transaction, or was not about to engage in business or a transaction, for which any property remaining with the Debtor was an unreasonably small capital.

### FIFTH AFFIRMATIVE DEFENSE

Defendant alleges that at the time the subject transfers were made, if made, Debtor did not intend to incur or did not believe that it would incur debts that would be beyond the Debtor's ability to pay as such debts matured.

### SIXTH AFFIRMATIVE DEFENSE

Defendant alleges that Plaintiff's claims are barred in whole or in part because any and all transfers, if made, were made in payment of a debt incurred by the Debtor in the ordinary course of Debtor's business or financial affairs, or made in the ordinary course of the business or financial affairs of the Debtor and Defendant and/or were made according to ordinary business terms.

DEFENDANT MICROSOFT LICENSING, GP'S ANSWER TO PLAINTIFF'S UNVERIFIED

## SEVENTH AFFIRMATIVE DEFENSE

Defendant alleges that the Plaintiff's claims are barred in whole or in part because any and all transfers alleged in the Complaint were intended to be a contemporaneous exchange for new value given to the Debtor, and in fact, there were substantially contemporaneous exchanges.

## EIGHTH AFFIRMATIVE DEFENSE

Defendant alleges that the Plaintiff's claims are barred in whole or in part because Defendant gave subsequent new value to or for the benefit of the Debtor not secured by an otherwise avoidable security interest and that said new value was in an amount sufficient to diminish and/or eliminate any recovery that the Plaintiff alleges it is entitled to under the Complaint.

## NINTH AFFIRMATIVE DEFENSE

Defendant alleges that if the Plaintiff is allowed to avoid any transfer as a preference made between ninety (90) days and one (1) year before the date of the filing of Debtor's Petition by the Debtor to Defendant for the benefit of any insider creditor, such transfer may not be avoided with respect to Defendant and may be avoided only with respect to any such insider creditor.

## TENTH AFFIRMATIVE DEFENSE

Defendant alleges that this action is barred by the applicable statute(s) of limitations.

## ELEVENTH AFFIRMATIVE DEFENSE

Defendant alleges that the Debtor received both direct and indirect benefits from the alleged transfers.

## TWELFTH AFFIRMATIVE DEFENSE

Defendant alleges that Plaintiff's claims are barred by the equitable doctrine of estoppel.

## THIRTEENTH AFFIRMATIVE DEFENSE

Defendant contends that the Complaint fails to state a claim upon which relief can be granted in that the Plaintiff is not entitled to avoid the subject transfers and is not entitled to any relief as against Defendant.

## FOURTEENTH AFFIRMATIVE DEFENSE

Defendant alleges that Plaintiff's claims are barred by the equitable doctrine of laches.

DEFENDANT MICROSOFT LICENSING, GP'S ANSWER TO PLAINTIFF'S UNVERIFIED

## FIFTEENTH AFFIRMATIVE DEFENSE

Defendant alleges that Plaintiff's claims are barred in whole or in part because Defendant took the transfers, if any, in good faith and for a reasonably equivalent value.

**WHEREFORE**, this answer Defendant prays:

1.  That Plaintiff take nothing by its Complaint;

2.  For costs of suit;

3.  For such attorney's fees as may be allowed by law; and

4.  For such other and further relief as the court deems just and proper.

Dated:      January 15, 2010

WILSON TURNER KOSMO LLP

By: _____

Frederick W. Kosmo, Jr.
Christian S. Scott
Attorneys for Defendant
MICROSOFT LICENSING, GP

CONFORMED COPY
OF ORIGINAL FILED
Los Angeles Superior Court

JAN 15 2010

John A. Clarke, Executive Officer/Clerk
By _____, Deputy
A. E. LaFLEUR-CLAYTON

1 WILSON TURNER KOSMO LLP
FREDERICK W. KOSMO, JR. (138036)
2 CHRISTIAN S. SCOTT (200218)
550 West C Street, Suite 1050
3 San Diego, California 92101
Telephone: (619) 236-9600
4 Facsimile: (619) 236-9669

5 Attorneys for Defendant
MICROSOFT LICENSING, GP
6

7

8 SUPERIOR COURT OF THE STATE OF CALIFORNIA

9 COUNTY OF LOS ANGELES

10

11 EQUITABLE TRANSITIONS, INC., as
Assignee for the Benefit of Creditors of Brash
12 Entertainment Holdings, LLC, fka, Brash
Entertainment, LLC, a California limited liability
13 company;

14        Plaintiff,

15 v.

16 MICROSOFT LICENSING, GP, and DOES 1-
10, inclusive,
17

18        Defendants.

Case No. BC425977

DECLARATION OF SERVICE

Complaint Filed: November 13, 2009

Judge:      Hon. Malcolm Mackey
Dept:       55
Trial Date: Not Set

VIA FAX

19

20 I, the undersigned, declare as follows:

21 I am employed with the law firm of WILSON TURNER KOSMO LLP, whose address is 550
West C Street, Suite 1050, San Diego, California 92101. I am readily familiar with the business
22 practices of this office for collection and processing of correspondence for mailing with the United
States Postal Service; I am over the age of eighteen and I am not a party to this action.

23 On January 15, 2010, I served the following documents, bearing the titles:

24 **DEFENDANT MICROSOFT LICENSING, GP'S ANSWER TO PLAINTIFF'S
UNVERIFIED COMPLAINT**
25

26 [X]    by placing [ ] the original [X] a true copy thereof enclosed in a sealed envelope(s) addressed
as follows:

27

28

1
DECLARATION OF SERVICE

Ex. C - 17

Louis H. Altman, Esq.
Robert Brayer, Esq.
HABERBUSH & ASSOCIATES, LLP
444 West Ocean Boulevard, Ste. 1400
Long Beach, CA 90802
(562) 435-3456
Fax (562) 435-6335
*(Attorneys for Plaintiff)*

[X]  (By **MAIL SERVICE**) I placed such envelopes for collection and mailing on this date following ordinary business practices.

[ ]  (By **PERSONAL SERVICE**) I delivered such envelope by hand to the office of the addressee.

[ ]  (By **FACSIMILE**) I transmitted the documents by facsimile machine, pursuant to California Rules of Court, Rule 2006. The facsimile machine I used complied with Rule 2003 and no error was reported by the machine. Pursuant to Rule 2006, I caused the machine to print a transmission record of the transmission, a copy of which is attached to this declaration.

[ ]  (By **FEDERAL EXPRESS – NEXT DAY DELIVERY**) I caused to be delivered such envelope by hand to the office of the addressee.

[X]  (State) I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

[ ]  (Federal) I declare that I am employed by the office of a member of the bar of this court at whose direction the service was made.

Executed on January 15, 2010 at San Diego, California.

*Susan Lanter*
SUSAN LANTER

**FILED**
LOS ANGELES SUPERIOR COURT

FILED MAY 2009
DEC 3 1 2009

JOHN A. CLARKE, CLERK

BY LETICIA GOMEZ, DEPUTY

NOTICE SENT TO:

Altman, Louis H., Esq.
Haberbush & Associates, LLP
444 West Ocean Boulevard, Suite 1400
Long Beach          CA  90802

## SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES

| | | |
|---|---|---|
| EQUITABLE TRANSITIONS INC | | CASE NUMBER |
| | Plaintiff(s), | BC425977 |
| VS. | | |
| MICROSOFT LICENSING GP | | **NOTICE OF CASE** |
| | Defendant(s). | **MANAGEMENT CONFERENCE** |

**TO THE PLAINTIFF(S)/ATTORNEY(S) FOR PLAINTIFF(S) OF RECORD:**

You are ordered to serve this notice of hearing on all parties/attorneys of record forthwith, and meet and confer with all parties/ attorneys of record about the matters to be discussed no later than 30 days before the Case Management Conference.

Your Case Management Conference has been scheduled for February 23, 2010 at 8:30 am in Dept. 55 at 111 N. Hill Street, Los Angeles, California 90012.

Pursuant to California Rules of Court, 3.720-3.730, a completed Case Management Statement (Judicial Council form # CM-110) must be filed at least 15 calendar days prior to the Case Management Conference. The Case Management Statement may be filed jointly by all parties/attorneys of record or individually by each party/attorney of record. You must be familiar with the case and be fully prepared to participate effectively in the Case Management Conference.

At the Case Management Conference, the Court may make pretrial orders including the following, but not limited to, an order establishing a discovery schedule; an order referring the case to Alternative Dispute Resolution (ADR); an order reclassifying the case; an order dismissing fictitious/unnamed defendants; an order setting subsequent conference and the trial date; or other orders to achieve the goals of the Trial Court Delay Reduction Act (GC 68600 et seq.)

Notice is hereby given that if you do not file the Case Management Statement or appear and effectively participate at the Case Management Conference, the Court may impose sanctions pursuant to LASC Local Rule 7.13, CCP Sections 177.5, 575.2, 583.150, 583.360 and 583.410, GC Section 68608 (b), and California Rules of Court 2.2 et seq.

Date: December 31, 2009

MALCOLM Judicial Officer MACKEY

### CERTIFICATE OF SERVICE

I, the below named Executive Officer/Clerk of the above-entitled court, do hereby certify that I am not a party to the cause herein, and that on this date I served the Notice of Case Management Conference upon each party or counsel named above:

[ \] by depositing in the United States mail at the courthouse in Los Angeles, California, one copy of the original filed herein in a separate sealed envelope to each address as shown above with postage thereon fully prepaid.

[  ] by personally giving the party notice upon filing the complaint.

Date: December 31, 2009

John A. Clarke, Executive Officer/Clerk

by _____, Deputy Clerk

LACIV 132 (Rev. 01/07)
LASC Approved 10-03

Cal. Rules of Court, rule 3.720-3.730
LASC Local Rules, Chapter Seven

Ex. C - 19

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | FOR COURT USE ONLY |
|---|---|
| Louis H. Altman<br>HABERBUSH & ASSOCIATES, LLP<br>444 West Ocean Boulevard<br>Suite 1400<br>Long Beach, CA 90802 | **FILED**<br>LOS ANGELES SUPERIOR COURT<br><br>NOV 13 2009<br><br>JOHN A CLARKE, CLERK<br>BY MARY GARCIA, DEPUTY |

TELEPHONE NO.:   FAX NO.: (562) 435-3456
ATTORNEY FOR *(Name):* Equitable Transitions, Inc.

SUPERIOR COURT OF CALIFORNIA, COUNTY OF Los Angeles
STREET ADDRESS 111 N. Hill Street
MAILING ADDRESS
CITY AND ZIP CODE Los Angeles, CA 90012
BRANCH NAME: Central

CASE NAME: Equitable Transitions v. Microsoft
Licensing, GP

| CIVIL CASE COVER SHEET | Complex Case Designation | CASE NUMBER BC 4 2 5 9 7 7 |
|---|---|---|
| [X] Unlimited  [ ] Limited | [ ] Counter  [ ] Joinder | |
| (Amount demanded exceeds $25,000) | (Amount demanded is $25,000 or less) | Filed with first appearance by defendant (Cal. Rules of Court, rule 3.402) | JUDGE:  DEPT: |

*Items 1-6 below must be completed (see instructions on page 2).*

1. Check **one** box below for the case type that best describes this case:

**Auto Tort**
- [ ] Auto (22)
- [ ] Uninsured motorist (46)

**Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort**
- [ ] Asbestos (04)
- [ ] Product liability (24)
- [ ] Medical malpractice (45)
- [ ] Other PI/PD/WD (23)

**Non-PI/PD/WD (Other) Tort**
- [ ] Business tort/unfair business practice (07)
- [ ] Civil rights (08)
- [ ] Defamation (13)
- [ ] Fraud (16)
- [ ] Intellectual property (19)
- [ ] Professional negligence (25)
- [ ] Other non-PI/PD/WD tort (35)

**Employment**
- [ ] Wrongful termination (36)
- [ ] Other employment (15)

**Contract**
- [ ] Breach of contract/warranty (06)
- [ ] Rule 3.740 collections (09)
- [ ] Other collections (09)
- [ ] Insurance coverage (18)
- [ ] Other contract (37)

**Real Property**
- [ ] Eminent domain/Inverse condemnation (14)
- [ ] Wrongful eviction (33)
- [ ] Other real property (26)

**Unlawful Detainer**
- [ ] Commercial (31)
- [ ] Residential (32)
- [ ] Drugs (38)

**Judicial Review**
- [ ] Asset forfeiture (05)
- [ ] Petition re: arbitration award (11)
- [ ] Writ of mandate (02)
- [ ] Other judicial review (39)

**Provisionally Complex Civil Litigation (Cal. Rules of Court, rules 3.400-3.403)**
- [ ] Antitrust/Trade regulation (03)
- [ ] Construction defect (10)
- [ ] Mass tort (40)
- [ ] Securities litigation (28)
- [ ] Environmental/Toxic tort (30)
- [ ] Insurance coverage claims arising from the above listed provisionally complex case types (41)

**Enforcement of Judgment**
- [ ] Enforcement of judgment (20)

**Miscellaneous Civil Complaint**
- [ ] RICO (27)
- [X] Other complaint *(not specified above)* (42)

**Miscellaneous Civil Petition**
- [ ] Partnership and corporate governance (21)
- [ ] Other petition *(not specified above)* (43)

2. This case [ ] is [X] is not complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
   a. [ ] Large number of separately represented parties   d. [ ] Large number of witnesses
   b. [ ] Extensive motion practice raising difficult or novel issues that will be time-consuming to resolve   e. [ ] Coordination with related actions pending in one or more courts in other counties, states, or countries, or in a federal court
   c. [ ] Substantial amount of documentary evidence   f. [ ] Substantial postjudgment judicial supervision

3. Remedies sought *(check all that apply):* a. [X] monetary b. [ ] nonmonetary; declaratory or injunctive relief c. [ ] punitive

4. Number of causes of action *(specify):* 2

5. This case [ ] is [X] is not a class action suit.

6. If there are any known related cases, file and serve a notice of related case. *(You may use form CM-015.)*

Date: November 13, 2009

Louis H. Altman
(TYPE OR PRINT NAME)       (SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

**NOTICE**
- Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
- File this cover sheet in addition to any cover sheet required by local court rule.
- If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on all other parties to the action or proceeding.
- Unless this is a collections case under rule 3.740 or a complex case, this cover sheet will be used for statistical purposes only.

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
CM-010 [Rev. July 1, 2007]

**CIVIL CASE COVER SHEET**    Legal Solutions Plus

Cal. Rules of Court, rules 2.30, 3.220, 3.400-3.403, 3.740;
Cal. Standards of Judicial Administration, std. 3.10

Ex. C - 20

**To Plaintiffs and Others Filing First Papers.** If you are filing a first paper (for example, a complaint) in a civil case, you must complete and file, along with your first paper, the *Civil Case Cover Sheet* contained on page 1. This information will be used to compile statistics about the types and numbers of cases filed. You must complete items 1 through 6 on the sheet. In item 1, you must check one box for the case type that best describes the case. If the case fits both a general and a more specific type of case listed in item 1, check the more specific one. If the case has multiple causes of action, check the box that best indicates the **primary** cause of action. To assist you in completing the sheet, examples of the cases that belong under each case type in item 1 are provided below. A cover sheet must be filed only with your initial paper. Failure to file a cover sheet with the first paper filed in a civil case may subject a party, its counsel, or both to sanctions under rules 2.30 and 3.220 of the California Rules of Court.

**To Parties in Rule 3.740 Collections Cases.** A "collections case" under rule 3.740 is defined as an action for recovery of money owed in a sum stated to be certain that is not more than $25,000, exclusive of interest and attorney's fees, arising from a transaction in which property, services, or money was acquired on credit. A collections case does not include an action seeking the following: (1) tort damages, (2) punitive damages, (3) recovery of real property, (4) recovery of personal property, or (5) a prejudgment writ of attachment. The identification of a case as a rule 3.740 collections case on this form means that it will be exempt from the general time-for-service requirements and case management rules, unless a defendant files a responsive pleading. A rule 3.740 collections case will be subject to the requirements for service and obtaining a judgment in rule 3.740.

**To Parties in Complex Cases.** In complex cases only, parties must also use the *Civil Case Cover Sheet* to designate whether the case is complex. If a plaintiff believes the case is complex under rule 3.400 of the California Rules of Court, this must be indicated by completing the appropriate boxes in items 1 and 2. If a plaintiff designates a case as complex, the cover sheet must be served with the complaint on all parties to the action. A defendant may file and serve no later than the time of its first appearance a joinder in the plaintiff's designation, a counter-designation that the case is not complex, or, if the plaintiff has made no designation, a designation that the case is complex.

## CASE TYPES AND EXAMPLES

**Auto Tort**
Auto (22)—Personal Injury/Property Damage/Wrongful Death
Uninsured Motorist (46) *(if the case involves an uninsured motorist claim subject to arbitration, check this item instead of Auto)*

**Other PI/PD/WD (Personal Injury/ Property Damage/Wrongful Death) Tort**
Asbestos (04)
　Asbestos Property Damage
　Asbestos Personal Injury/ Wrongful Death
Product Liability *(not asbestos or toxic/environmental)* (24)
Medical Malpractice (45)
　Medical Malpractice– Physicians & Surgeons
　Other Professional Health Care Malpractice
Other PI/PD/WD (23)
　Premises Liability (e.g., slip and fall)
　Intentional Bodily Injury/PD/WD (e.g., assault, vandalism)
　Intentional Infliction of Emotional Distress
　Negligent Infliction of Emotional Distress
　Other PI/PD/WD

**Non-PI/PD/WD (Other) Tort**
Business Tort/Unfair Business Practice (07)
Civil Rights (e.g., discrimination, false arrest) *(not civil harassment)* (08)
Defamation (e.g., slander, libel) (13)
Fraud (16)
Intellectual Property (19)
Professional Negligence (25)
　Legal Malpractice
　Other Professional Malpractice *(not medical or legal)*
Other Non-PI/PD/WD Tort (35)

**Employment**
Wrongful Termination (36)
Other Employment (15)

**Contract**
Breach of Contract/Warranty (06)
　Breach of Rental/Lease Contract *(not unlawful detainer or wrongful eviction)*
　Contract/Warranty Breach—Seller Plaintiff *(not fraud or negligence)*
　Negligent Breach of Contract/ Warranty
　Other Breach of Contract/Warranty
Collections (e.g., money owed, open book accounts) (09)
　Collection Case—Seller Plaintiff
　Other Promissory Note/Collections Case
Insurance Coverage *(not provisionally complex)* (18)
　Auto Subrogation
　Other Coverage
Other Contract (37)
　Contractual Fraud
　Other Contract Dispute

**Real Property**
Eminent Domain/Inverse Condemnation (14)
Wrongful Eviction (33)
Other Real Property (e.g., quiet title) (26)
　Writ of Possession of Real Property
　Mortgage Foreclosure
　Quiet Title
　Other Real Property *(not eminent domain, landlord/tenant, or foreclosure)*

**Unlawful Detainer**
Commercial (31)
Residential (32)
Drugs (38) *(if the case involves illegal drugs, check this item; otherwise, report as Commercial or Residential)*

**Judicial Review**
Asset Forfeiture (05)
Petition Re: Arbitration Award (11)
Writ of Mandate (02)
　Writ–Administrative Mandamus
　Writ–Mandamus on Limited Court Case Matter
　Writ–Other Limited Court Case Review
Other Judicial Review (39)
　Review of Health Officer Order
　Notice of Appeal–Labor Commissioner Appeals

**Provisionally Complex Civil Litigation (Cal. Rules of Court Rules 3.400–3.403)**
Antitrust/Trade Regulation (03)
Construction Defect (10)
Claims Involving Mass Tort (40)
Securities Litigation (28)
Environmental/Toxic Tort (30)
Insurance Coverage Claims *(arising from provisionally complex case type listed above)* (41)

**Enforcement of Judgment**
Enforcement of Judgment (20)
　Abstract of Judgment (Out of County)
　Confession of Judgment *(non-domestic relations)*
　Sister State Judgment
　Administrative Agency Award *(not unpaid taxes)*
　Petition/Certification of Entry of Judgment on Unpaid Taxes
　Other Enforcement of Judgment Case

**Miscellaneous Civil Complaint**
RICO (27)
Other Complaint *(not specified above)* (42)
　Declaratory Relief Only
　Injunctive Relief Only *(non-harassment)*
　Mechanics Lien
　Other Commercial Complaint Case *(non-tort/non-complex)*
　Other Civil Complaint *(non-tort/non-complex)*

**Miscellaneous Civil Petition**
Partnership and Corporate Governance (21)
Other Petition *(not specified above)* (43)
　Civil Harassment
　Workplace Violence
　Elder/Dependent Adult Abuse
　Election Contest
　Petition for Name Change
　Petition for Relief from Late Claim
　Other Civil Petition

Ex. C - 21

## CIVIL CASE COVER SHEET ADDENDUM AND STATEMENT OF LOCATION
### (CERTIFICATE OF GROUNDS FOR ASSIGNMENT TO COURTHOUSE LOCATION)

**This form is required pursuant to LASC Local Rule 2.0 in all new civil case filings in the Los Angeles Superior Court.**

Item I.  Check the types of hearing and fill in the estimated length of hearing expected for this case:

JURY TRIAL? ☐ YES  CLASS ACTION? ☐ YES  LIMITED CASE? ☐ YES  TIME ESTIMATED FOR TRIAL _____ ☐ HOURS/ ☐ 1 ☐ DAYS

Item II.  Select the correct district and courthouse location (4 steps – If you checked "Limited Case", skip to Item III, Pg. 4):

**Step 1:**  After first completing the Civil Case Cover Sheet Form, find the main civil case cover sheet heading for your case in the left margin below, and, to the right in Column A, the Civil Case Cover Sheet case type you selected.

**Step 2:**  Check **one** Superior Court type of action in Column B below which best describes the nature of this case.

**Step 3:**  In Column C, circle the reason for the court location choice that applies to the type of action you have checked. For any exception to the court location, see Los Angeles Superior Court Local Rule 2.0.

| Applicable Reasons for Choosing Courthouse Location (See Column C below) |
|---|

1.  Class Actions must be filed in the County Courthouse, Central District.
2.  May be filed in Central (Other county, or no Bodily Injury/Property Damage).
3.  Location where cause of action arose.
4.  Location where bodily injury, death or damage occurred.
5.  Location where performance required or defendant resides.
6.  Location of property or permanently garaged vehicle.
7.  Location where petitioner resides.
8.  Location wherein defendant/respondent functions wholly.
9.  Location where one or more of the parties reside.
10.  Location of Labor Commissioner Office.

**Step 4:**  Fill in the information requested on page 4 in Item III; complete Item IV. Sign the declaration.

| | A<br>Civil Case Cover Sheet<br>Category No. | B<br>Type of Action<br>(Check only one) | C<br>Applicable Reasons -<br>See Step 3 Above |
|---|---|---|---|
| **Auto Tort** | Auto (22) | ☐ A7100  Motor Vehicle - Personal Injury/Property Damage/Wrongful Death | 1., 2., 4. |
| | Uninsured Motorist (46) | ☐ A7110  Personal Injury/Property Damage/Wrongful Death – Uninsured Motorist | 1., 2., 4. |
| **Other Personal Injury/Property Damage/Wrongful Death Tort** | Asbestos (04) | ☐ A6070  Asbestos Property Damage | 2. |
| | | ☐ A7221  Asbestos - Personal Injury/Wrongful Death | 2. |
| | Product Liability (24) | ☐ A7260  Product Liability (not asbestos or toxic/environmental) | 1., 2., 3., 4., 8. |
| | Medical Malpractice (45) | ☐ A7210  Medical Malpractice - Physicians & Surgeons | 1., 2., 4. |
| | | ☐ A7240  Other Professional Health Care Malpractice | 1., 2., 4. |
| | Other Personal Injury Property Damage Wrongful Death (23) | ☐ A7250  Premises Liability (e.g., slip and fall) | 1., 2., 4. |
| | | ☐ A7230  Intentional Bodily Injury/Property Damage/Wrongful Death (e.g., assault, vandalism, etc.) | 1., 2., 4. |
| | | ☐ A7270  Intentional Infliction of Emotional Distress | 1., 2., 3. |
| | | ☐ A7220  Other Personal Injury/Property Damage/Wrongful Death | 1., 2., 4. |
| **Non-Personal Injury/Property Damage/Wrongful Death Tort** | Business Tort (07) | ☐ A6029  Other Commercial/Business Tort (not fraud/breach of contract) | 1., 2., 3. |
| | Civil Rights (08) | ☐ A6005  Civil Rights/Discrimination | 1., 2., 3. |
| | Defamation (13) | ☐ A6010  Defamation (slander/libel) | 1., 2., 3. |
| | Fraud (16) | ☐ A6013  Fraud (no contract) | 1., 2., 3. |

LACIV 109 (Rev. 01/07)
LASC Approved 03-04

**CIVIL CASE COVER SHEET ADDENDUM
AND STATEMENT OF LOCATION**

LASC, rule 2.0
Page 1 of 4

Ex. C - 22

| A<br>Civil Case Cover Sheet Category No. | B<br>Type of Action<br>(Check only one) | | C<br>Applicable Reasons<br>- See Step 3 Above |
|---|---|---|---|
| **Non-Personal Injury/Property Damage/ Wrongful Death Tort (Cont'd.)** | | | |
| Professional Negligence (25) | ☐ | A6017 Legal Malpractice | 1., 2., 3. |
| | ☐ | A6050 Other Professional Malpractice (not medical or legal) | 1., 2., 3. |
| Other (35) | ☐ | A6025 Other Non-Personal Injury/Property Damage tort | 2., 3. |
| **Employment** | | | |
| Wrongful Termination (36) | ☐ | A6037 Wrongful Termination | 1., 2., 3. |
| Other Employment (15) | ☐ | A6024 Other Employment Complaint Case | 1., 2., 3. |
| | ☐ | A6109 Labor Commissioner Appeals | 10. |
| **Contract** | | | |
| Breach of Contract/ Warranty (06) (not insurance) | ☐ | A6004 Breach of Rental/Lease Contract (not Unlawful Detainer or wrongful eviction) | 2., 5. |
| | ☐ | A6008 Contract/Warranty Breach -Seller Plaintiff (no fraud/negligence) | 2., 5. |
| | ☐ | A6019 Negligent Breach of Contract/Warranty (no fraud) | 1., 2., 5. |
| | ☐ | A6028 Other Breach of Contract/Warranty (not fraud or negligence) | 1., 2., 5. |
| Collections (09) | ☐ | A6002 Collections Case-Seller Plaintiff | 2., 5., 6. |
| | ☒ | A6012 Other Promissory Note/Collections Case | 2., 5. |
| Insurance Coverage (18) | ☐ | A6015 Insurance Coverage (not complex) | 1., 2., 5., 8. |
| Other Contract (37) | ☐ | A6009 Contractual Fraud | 1., 2., 3., 5. |
| | ☐ | A6031 Tortious Interference | 1., 2., 3., 5. |
| | ☐ | A6027 Other Contract Dispute(not breach/insurance/fraud/negligence) | 1., 2., 3., 8. |
| **Real Property** | | | |
| Eminent Domain/Inverse Condemnation (14) | ☐ | A7300 Eminent Domain/Condemnation   Number of parcels _____ | 2. |
| Wrongful Eviction (33) | ☐ | A6023 Wrongful Eviction Case | 2., 6. |
| Other Real Property (26) | ☐ | A6018 Mortgage Foreclosure | 2., 6. |
| | ☐ | A6032 Quiet Title | 2., 6. |
| | ☐ | A6060 Other Real Property (not eminent domain, landlord/tenant, foreclosure) | 2., 6. |
| **Unlawful Detainer** | | | |
| Unlawful Detainer - Commercial (31) | ☐ | A6021 Unlawful Detainer-Commercial (not drugs or wrongful eviction) | 2., 6. |
| Unlawful Detainer - Residential (32) | ☐ | A6020 Unlawful Detainer-Residential (not drugs or wrongful eviction) | 2., 6. |
| Unlawful Detainer - Drugs (38) | ☐ | A6022 Unlawful Detainer-Drugs | 2., 6. |
| **Judicial Review** | | | |
| Asset Forfeiture (05) | ☐ | A6108 Asset Forfeiture Case | 2., 6. |
| Petition re Arbitration (11) | ☐ | A6115 Petition to Compel/Confirm/Vacate Arbitration | 2., 5. |

LACIV 109 (Rev. 01/07)
LASC Approved 03-04

**CIVIL CASE COVER SHEET ADDENDUM**
**AND STATEMENT OF LOCATION**

LASC, rule 2.0

Ex. C - 23

| **A**<br>Civil Case Cover Sheet<br>Category No. | **B**<br>Type of Action<br>(Check only one) | **C**<br>Applicable Reasons -<br>See Step 3 Above |
|---|---|---|
| **Writ of Mandate**<br>(02) | ☐ A6151 Writ - Administrative Mandamus | 2., 8. |
| | ☐ A6152 Writ - Mandamus on Limited Court Case Matter | 2. |
| | ☐ A6153 Writ - Other Limited Court Case Review | 2. |
| **Other Judicial Review**<br>(39) | ☐ A6150 Other Writ / Judicial Review | 2., 8. |
| **Antitrust/Trade**<br>**Regulation (03)** | ☐ A6003 Antitrust/Trade Regulation | 1., 2., 8. |
| **Construction Defect (10)** | ☐ A6007 Construction defect | 1., 2., 3. |
| **Claims Involving Mass**<br>**Tort (40)** | ☐ A6006 Claims Involving Mass Tort | 1., 2., 8. |
| **Securities Litigation (28)** | ☐ A6035 Securities Litigation Case | 1., 2., 8. |
| **Toxic Tort**<br>**Environmental (30)** | ☐ A6036 Toxic Tort/Environmental | 1., 2., 3., 8. |
| **Insurance Coverage**<br>**Claims from Complex**<br>**Case (41)** | ☐ A6014 Insurance Coverage/Subrogation (complex case only) | 1., 2., 5., 8. |
| **Enforcement**<br>**of Judgment**<br>(20) | ☐ A6141 Sister State Judgment | 2., 9. |
| | ☐ A6160 Abstract of Judgment | 2., 6. |
| | ☐ A6107 Confession of Judgment (non-domestic relations) | 2., 9. |
| | ☐ A6140 Administrative Agency Award (not unpaid taxes) | 2., 8. |
| | ☐ A6114 Petition/Certificate for Entry of Judgment on Unpaid Tax | 2., 8. |
| | ☐ A6112 Other Enforcement of Judgment Case | 2., 8., 9. |
| **RICO (27)** | ☐ A6033 Racketeering (RICO) Case | 1., 2., 8. |
| **Other Complaints**<br>(Not Specified Above)<br>(42) | ☐ A6030 Declaratory Relief Only | 1., 2., 8. |
| | ☐ A6040 Injunctive Relief Only (not domestic/harassment) | 2., 8. |
| | ☐ A6011 Other Commercial Complaint Case (non-tort/non-complex) | 1., 2., 8. |
| | ☐ A6000 Other Civil Complaint (non-tort/non-complex) | 1., 2., 8. |
| **Partnership Corporation**<br>**Governance (21)** | ☐ A6113 Partnership and Corporate Governance Case | 2., 8. |
| **Other Petitions**<br>(Not Specified Above)<br>(43) | ☐ A6121 Civil Harassment | 2., 3., 9. |
| | ☐ A6123 Workplace Harassment | 2., 3., 9. |
| | ☐ A6124 Elder/Dependent Adult Abuse Case | 2., 3., 9. |
| | ☐ A6190 Election Contest | 2. |
| | ☐ A6110 Petition for Change of Name | 2., 7. |
| | ☐ A6170 Petition for Relief from Late Claim Law | 2., 3., 4., 8. |
| | ☐ A6100 Other Civil Petition | 2., 9. |

Row labels (left margin, top to bottom): Judicial Review (Cont'd.) · Provisionally Complex Litigation · Enforcement of Judgment · Miscellaneous Civil Complaints · Miscellaneous Civil Petitions

LACIV 109 (Rev. 01/07)
LASC Approved 03-04

**CIVIL CASE COVER SHEET ADDENDUM**
**AND STATEMENT OF LOCATION**

LASC, rule 2.0
Page 3 of 4

Ex. C - 24

| SHORT TITLE: Equitable Transitions v. Microsoft Licensing, GP | CASE NUMBER: |
|---|---|

Item III. Statement of Location: Enter the address of the accident, party's residence or place of business, performance, or other circumstance indicated in Item II., Step 3 on Page 1, as the proper reason for filing in the court location you selected.

| REASON: CHECK THE NUMBER UNDER COLUMN C WHICH APPLIES IN THIS CASE | ADDRESS: |
|---|---|
| ☐1. ☒2. ☒3. ☒4. ☒5. ☐6. ☐7. ☐8. ☐9. ☐10. | 6353 West Sunset Blvd |

| CITY: Hollywood | STATE: CA | ZIP CODE: 90028 | |
|---|---|---|---|

Item IV. *Declaration of Assignment*: I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that the above-entitled matter is properly filed for assignment to the <u>Los Angeles Superior Court</u> courthouse in the <u>Central</u> District of the Los Angeles Superior Court (Code Civ. Proc., § 392 et seq., and LASC Local Rule 2.0, subds. (b), (c) and (d)).

Dated: <u>November 13, 2009</u>

(SIGNATURE OF ATTORNEY/FILING PARTY)

Louis H. Altman

---

## PLEASE HAVE THE FOLLOWING ITEMS COMPLETED AND READY TO BE FILED IN ORDER TO PROPERLY COMMENCE YOUR NEW COURT CASE:

1. Original Complaint or Petition.

2. If filing a Complaint, a completed Summons form for issuance by the Clerk.

3. Civil Case Cover Sheet form CM-010.

4. Complete Addendum to Civil Case Cover Sheet form LACIV 109 (Rev 01/07), LASC Approved 03-04.

5. Payment in full of the filing fee, unless fees have been waived.

6. Signed order appointing the Guardian ad Litem, JC form FL-935, if the plaintiff or petitioner is a minor under 18 years of age, or if required by Court.

7. Additional copies of documents to be conformed by the Clerk. Copies of the cover sheet and this addendum must be served along with the summons and complaint, or other initiating pleading in the case.

LACIV 109 (Rev. 01/07)
LASC Approved 03-04

**CIVIL CASE COVER SHEET ADDENDUM
AND STATEMENT OF LOCATION**

LASC, rule 2.0
Page 4 of 4

Ex. C - 25

WILSON TURNER KOSMO LLP
FREDERICK W. KOSMO, JR. (138036)
CHRISTIAN S. SCOTT (200218)
550 West C Street, Suite 1050
San Diego, California 92101
Telephone: (619) 236-9600
Facsimile: (619) 236-9669
E-mail: fkosmo@wilsonturnerkosmo.com
E-mail: cscott@wilsonturnerkosmo.com

Attorneys for Defendant
MICROSOFT LICENSING, GP

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| EQUITABLE TRANSITIONS, INC., as Assignee for the Benefit of Creditors of Brash Entertainment Holdings, LLC, fka, Brash Entertainment, LLC, a California limited liability company,<br><br>    Plaintiff,<br><br>  v.<br><br>MICROSOFT LICENSING, GP, and DOES 1-10, inclusive,<br><br>    Defendants. | Case No.<br><br>**DECLARATION OF SERVICE**<br><br>Complaint Filed: November 13, 2009<br><br>Removal Filed: January 19, 2010 |

I, the undersigned, declare as follows:

I am employed with the law firm of WILSON TURNER KOSMO LLP, whose address is 550 West C Street, Suite 1050, San Diego, California 92101. I am readily familiar with the business practices of this office for collection and processing of documents correspondence for mailing with the United States Postal Service; I am over the age of eighteen and I am not a party to this action.

On January 19, 2010, I served the following documents, bearing the titles:

**1. CIVIL COVER SHEET**

**2. NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441(a) (DIVERSITY)**

**3. CERTIFICATION AND NOTICE OF INTERESTED PARTIES FILED BY DEFENDANT MICROSOFT LICENSING, GP**

[X]   by placing [ ] the original [X] a true copy thereof enclosed in a sealed envelope(s) addressed as follows:

Louis H. Altman, Esq.
Robert Brayer, Esq.
HABERBUSH & ASSOCIATES, LLP
444 West Ocean Boulevard, Suite 1400
Long Beach, CA 90802
Tel: 562-435-3456
Fax: 562-435-6335
Don C. Burns, Esq.
*Counsel for Plaintiff EQUITABLE TRANSITIONS, INC., as Assignee*
*for the Benefit of Creditors of Brash Entertainment Holdings, LLC, fka,*
*Brash Entertainment, LLC*

[X]   (By MAIL SERVICE) I placed such envelopes for collection and mailing on this date following ordinary business practices.

[ ]   (By PERSONAL SERVICE) I delivered such envelope by hand to the office of the addressee.

[ ]   (By FACSIMILE) I transmitted the documents by facsimile machine, pursuant to California Rules of Court, Rule 2006. The facsimile machine I used complied with Rule 2003 and no error was reported by the machine. Pursuant to Rule 2006, I caused the machine to print a transmission record of the transmission, a copy of which is attached to this declaration.

[ ]   (By OVERNIGHT DELIVERY – NEXT DAY DELIVERY) I enclosed the documents in an envelope or package provided by an overnight delivery carrier and addressed to the persons at the addresses listed above. I placed the envelope or

package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier.

[X]   I declare that I am employed by the office of a member of the bar of this court at whose direction the service was made.

Executed on January 19, 2010 at San Diego, California.

*Susan Lanter*

SUSAN LANTER

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge Ronald S. W. Lew and the assigned discovery Magistrate Judge is Carolyn Turchin.

The case number on all documents filed with the Court should read as follows:

## CV10- 353 RSWL (CTx)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

===========================================

**NOTICE TO COUNSEL**

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

[X] **Western Division**
312 N. Spring St., Rm. G-8
Los Angeles, CA 90012

[ ] **Southern Division**
411 West Fourth St., Rm. 1-053
Santa Ana, CA 92701-4516

[ ] **Eastern Division**
3470 Twelfth St., Rm. 134
Riverside, CA 92501

Failure to file at the proper location will result in your documents being returned to you.

# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
## CIVIL COVER SHEET

**I (a) PLAINTIFFS** (Check box if you are representing yourself ☐)

EQUITABLE TRANSITIONS, INC., as Assignee for the Benefit of Creditors of Brash Entertainment Holdings, LLC, fka, Brash Entertainment, LLC, a California limited liability company,

**DEFENDANTS**

MICROSOFT LICENSING, GP, and DOES 1-10, inclusive,

C O P Y

**(b) Attorneys** (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)

LOUIS H. ALTMA (167103)
HABERBUSH & ASSOCIATES, LLP
444 West Ocean Boulevard, Suite 1400
Long Beach, CA 90802
Tel: 562-435-3456 / Fax: 562-435-6335

**Attorneys (If Known)**

FREDERICK W. KOSMO, JR. (138036)
CHRISTIAN S. SCOTT (200218)
WILSON TURNER KOSMO LLP
550 West C Street, Suite 1050
San Diego, CA 92101
Tel: 619-236-9600 / Fax: 619-236-9669

**I. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff
☐ 3 Federal Question (U.S. Government Not a Party)

☐ 2 U.S. Government Defendant
☒ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☒ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☒ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**V. ORIGIN** (Place an X in one box only.)

☐ 1 Original Proceeding
☒ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify):
☐ 6 Multi-District Litigation
☐ 7 Appeal to District Judge from Magistrate Judge

**REQUESTED IN COMPLAINT: JURY DEMAND:** ☐ Yes ☒ No (Check 'Yes' only if demanded in complaint.)

**CLASS ACTION under F.R.C.P. 23:** ☐ Yes ☒ No   ☒ **MONEY DEMANDED IN COMPLAINT: $** 2,880,000

**I. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)

8 U.S.C. section 1441(a); 28 U.S.C. section 1332 - Removal of state court action
ased on diversity; Recovery of Preferential Transfers, Recovery of Fradulent
ransfers

**II. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 530 General | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 535 Death Penalty | |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 340 Marine | | ☐ 540 Mandamus/ Other | ☐ 740 Railway Labor Act |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | | ☐ 345 Marine Product Liability | BANKRUPTCY | ☐ 550 Civil Rights | ☐ 790 Other Labor Litigation |
| | ☐ 151 Medicare Act | ☐ 350 Motor Vehicle | ☐ 422 Appeal 28 USC 158 | ☐ 555 Prison Condition | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 480 Consumer Credit | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 355 Motor Vehicle Product Liability | ☐ 423 Withdrawal 28 USC 157 | FORFEITURE/ PENALTY | |
| ☐ 490 Cable/Sat TV | | | | | PROPERTY RIGHTS |
| ☐ 810 Selective Service | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 360 Other Personal Injury | CIVIL RIGHTS | ☐ 610 Agriculture | ☐ 820 Copyrights |
| ☐ 850 Securities/Commodities/ Exchange | ☐ 160 Stockholders' Suits | ☐ 362 Personal Injury-Med Malpractice | ☐ 441 Voting | ☐ 620 Other Food & Drug | ☐ 830 Patent |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 190 Other Contract | ☐ 365 Personal Injury-Product Liability | ☐ 442 Employment | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 840 Trademark |
| ☐ 890 Other Statutory Actions | ☐ 195 Contract Product Liability | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 443 Housing/Acco-mmodations | | SOCIAL SECURITY |
| ☐ 891 Agricultural Act | ☐ 196 Franchise | | ☐ 444 Welfare | ☐ 630 Liquor Laws | ☐ 861 HIA (1395ff) |
| ☐ 892 Economic Stabilization Act | REAL PROPERTY | | ☐ 445 American with Disabilities - Employment | ☐ 640 R.R. & Truck | ☐ 862 Black Lung (923) |
| ☐ 893 Environmental Matters | ☐ 210 Land Condemnation | | | ☐ 650 Airline Regs | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 894 Energy Allocation Act | ☐ 220 Foreclosure | IMMIGRATION | ☐ 446 American with Disabilities - Other | ☐ 660 Occupational Safety/Health | ☐ 864 SSID Title XVI |
| ☐ 895 Freedom of Info. Act | ☐ 230 Rent Lease & Ejectment | ☐ 462 Naturalization Application | | ☐ 690 Other | ☐ 865 RSI (405(g)) |
| ☐ 900 Appeal of Fee Determi-nation Under Equal Access to Justice | ☐ 240 Torts to Land | ☐ 463 Habeas Corpus-Alien Detainee | ☐ 440 Other Civil Rights | | FEDERAL TAX SUITS |
| ☐ 950 Constitutionality of State Statutes | ☐ 245 Tort Product Liability | ☐ 465 Other Immigration Actions | | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| | ☐ 290 All Other Real Property | | | | ☐ 871 IRS - Third Party 26 USC 7609 |

**R OFFICE USE ONLY:** Case Number: _____   CV10 0353

AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.

-71 (05/08)   CIVIL COVER SHEET   Page 1 of 2
CCD-JS44

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? [X] No [ ] Yes

If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? [X] No [ ] Yes

If yes, list case number(s): _____

Civil cases are deemed related if a previously filed case and the present case:

(Check all boxes that apply)   [ ] A. Arise from the same or closely related transactions, happenings, or events; or

   [ ] B. Call for determination of the same or substantially related or similar questions of law and fact; or

   [ ] C. For other reasons would entail substantial duplication of labor if heard by different judges; or

   [ ] D. Involve the same patent, trademark or copyright, __and__ one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named plaintiff resides.
   [ ] Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles | |

(b)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named defendant resides.
   [ ] Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| | |

(c)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** claim arose.
   **Note: In land condemnation cases, use the location of the tract of land involved.**

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| | |

* **Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties**
Note: In land condemnation cases, use the location of the tract of land involved.

**X. SIGNATURE OF ATTORNEY (OR PRO PER):** _____   Date 1/15/2010

**Notice to Counsel/Parties:** The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |